1
2
3
4
5
6
7             UNITED STATES DISTRICT COURT
8             CENTRAL DISTRICT OF CALIFORNIA
9

10  ROSE ANN FERNANDEZ,              )  No. EDCV 12-1061 SJO (FFM)
                                     )
11              Petitioner,          )  ORDER ACCEPTING FINDINGS,
                                     )  CONCLUSIONS AND
12        v.                         )  RECOMMENDATIONS OF
                                     )  UNITED STATES MAGISTRATE JUDGE
13  DEPT. OF CORRECTIONS, THE        )
    STATE OF CALIFORNIA, THE         )
14  ATTORNEY GENERAL OF THE          )
    STATE OF CALIFORNIA,             )
15  ADDITIONAL RESPONDENT, ET        )
    AL.,                             )
16              Respondent.          )
                                     )
17  _____ )

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

19  and files herein, and the Report and Recommendation of the United States Magistrate

20  Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs

21  with and accepts the findings, conclusions and recommendations of the Magistrate

22  Judge.

23        IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition

24  on the merits with prejudice.

25                                   *S. James Otero*

26  DATED: _____   March 14, 2013.   _____

27                                            S. JAMES OTERO
                                              United States District Judge

28