UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANN FERNANDEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEPT. OF CORRECTIONS, THE STATE OF CALIFORNIA, THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, ADDITIONAL RESPONDENT, ET AL.,<br><br>　　　　Respondent. | No. EDCV 12-1061 SJO (FFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 14, 2013.

_____
S. JAMES OTERO
United States District Judge